| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 23-10498-PMM

| | |
|---|---|
| James Edward Johnson, Jr. | Petition Filed Date: 02/21/2023 |
| 35 Hayden Circle | 341 Hearing Date: 03/28/2023 |
| Reading  PA   19606 | Confirmation Date: |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/20/2023 | $750.00 | | 03/31/2023 | $750.00 | | 04/14/2023 | $750.00 | |
| 04/28/2023 | $750.00 | | 05/12/2023 | $750.00 | | 06/12/2023 | $759.00 | |
| 06/26/2023 | $750.00 | | 07/10/2023 | $750.00 | | 07/24/2023 | $750.00 | |

**Total Receipts for the Period: $6,759.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $7,509.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | JOSEPH L QUINN ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE »» 01P | Priority Crediors | $3,975.58 | $0.00 | $0.00 |
| 2 | PA DEPARTMENT OF REVENUE »» 01U | Unsecured Creditors | $324.20 | $0.00 | $0.00 |
| 3 | NAVY FEDERAL CREDIT UNION »» 002 | Unsecured Creditors | $7,098.20 | $0.00 | $0.00 |
| 4 | DISCOVER BANK »» 003 | Unsecured Creditors | $1,424.12 | $0.00 | $0.00 |
| 5 | READING AREA WATER AUTHORITY »» 004 | Secured Creditors | $4,161.26 | $0.00 | $0.00 |
| 6 | READING AREA WATER AUTHORITY »» 005 | Secured Creditors | $2,455.11 | $0.00 | $0.00 |
| 7 | UNITED STATES TREASURY (IRS) »» 06S | Secured Creditors | $69,318.06 | $0.00 | $0.00 |
| 8 | UNITED STATES TREASURY (IRS) »» 06U | Priority Crediors | $1,735.69 | $0.00 | $0.00 |
| 9 | UNITED STATES TREASURY (IRS) »» 06U | Unsecured Creditors | $7,446.56 | $0.00 | $0.00 |
| 10 | ONE MAIN FINANCIAL »» 07S | Secured Creditors | $316.38 | $0.00 | $0.00 |
| 11 | ONE MAIN FINANCIAL »» 07U | Unsecured Creditors | $856.52 | $0.00 | $0.00 |
| 12 | ONE MAIN FINANCIAL »» 08S | Secured Creditors | $50.00 | $0.00 | $0.00 |
| 13 | ONE MAIN FINANCIAL »» 08U | Unsecured Creditors | $3,940.39 | $0.00 | $0.00 |
| 14 | BERKS COUNTY TAX CLAIM BUREAU »» 009 | Secured Creditors | $1,525.21 | $0.00 | $0.00 |
| 15 | MONTGOMERY COUNTY TCB »» 010 | Secured Creditors | $803.78 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-10498-PMM**

| | | | | | |
|---|---|---|---:|---:|---:|
| 16 | MONTGOMERY COUNTY TCB<br>»»  011 | Secured Creditors | $871.84 | $0.00 | $0.00 |
| 17 | BERKS COUNTY TAX CLAIM BUREAU<br>»»  012 | Secured Creditors | $2,849.53 | $0.00 | $0.00 |
| 18 | POTTSTOWN SCHOOL DISTRICT<br>»»  013 | Secured Creditors | $12,609.53 | $0.00 | $0.00 |
| 19 | BOROUGH OF POTTSTOWN<br>»»  014 | Secured Creditors | $1,095.79 | $0.00 | $0.00 |
| 20 | POTTSTOWN SCHOOL DISTRICT<br>»»  015 | Secured Creditors | $25,905.42 | $0.00 | $0.00 |
| 21 | BOROUGH OF POTTSTOWN<br>»»  016 | Secured Creditors | $4,655.01 | $0.00 | $0.00 |
| 22 | BOROUGH OF POTTSTOWN/POTTSTOWN BOROUGH AUTHORITY<br>»»  017 | Secured Creditors | $5,223.02 | $0.00 | $0.00 |
| 23 | CAPITAL ONE BANK (USA) NA<br>»»  018 | Unsecured Creditors | $988.12 | $0.00 | $0.00 |
| 24 | CAPITAL ONE BANK (USA) NA<br>»»  019 | Unsecured Creditors | $927.95 | $0.00 | $0.00 |
| 25 | CAPITAL ONE BANK (USA) NA<br>»»  020 | Unsecured Creditors | $468.79 | $0.00 | $0.00 |
| 26 | ALLY FINANCIAL<br>»»  021 | Secured Creditors | $920.70 | $0.00 | $0.00 |
| 27 | MARINER FINANCE LLC<br>»»  022 | Unsecured Creditors | $4,621.84 | $0.00 | $0.00 |
| 28 | LVNV FUNDING LLC<br>»»  023 | Unsecured Creditors | $1,704.63 | $0.00 | $0.00 |
| 29 | LVNV FUNDING LLC<br>»»  024 | Unsecured Creditors | $598.89 | $0.00 | $0.00 |
| 30 | BOROUGH OF POTTSTOWN/POTTSTOWN BOROUGH AUTHORITY<br>»»  025 | Secured Creditors | $389.77 | $0.00 | $0.00 |
| 31 | BOROUGH OF POTTSTOWN/POTTSTOWN BOROUGH AUTHORITY<br>»»  026 | Secured Creditors | $427.63 | $0.00 | $0.00 |
| 32 | AMERICAN INFOSOURCE LP<br>»»  027 | Unsecured Creditors | $221.69 | $0.00 | $0.00 |
| 33 | CARRINGTON MORTGAGE SVCS LLC<br>»»  028 | Mortgage Arrears | $1,548.13 | $0.00 | $0.00 |
| 34 | JEFFERSON CAPITAL SYSTEMS LLC<br>»»  029 | Unsecured Creditors | $1,208.03 | $0.00 | $0.00 |
| 35 | SELECT PORTFOLIO SERVICING INC<br>»»  030 | Mortgage Arrears | $9,523.36 | $0.00 | $0.00 |
| 36 | CITY OF PHILADELPHIA (LD)<br>»»  031 | Unsecured Creditors | $87.24 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-10498-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $7,509.00 | Current Monthly Payment: | $2,020.00 |
| Paid to Claims: | $0.00 | Arrearages: | $1,031.00 |
| Paid to Trustee: | $660.81 | Total Plan Base: | $119,640.00 |
| Funds on Hand: | $6,848.19 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.